IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 18-1660 MJ

JESUS NOE ACOSTA-REYES,

    Defendant.

## WAIVER OF PRELIMINARY HEARING AND
## REQUEST FOR TOLLING OF GRAND JURY PRESENTMENT

1.    I am the defendant in this criminal proceeding.

2.    I understand that I am entitled to a preliminary hearing, but I agree to waive my right to that hearing and I also agree to waive my right to have my case presented to a grand jury within thirty (30) days of my arrest pursuant to 18 U.S.C. § 3161(b) in exchange for the following:

      ☒ Pre-indictment discovery

      ☒ Pre-indictment plea negotiations

      ☐ _____

      ☐ _____

3.    I understand that I have the right to have my case presented to a grand jury within thirty (30) days of my arrest pursuant to 18 U.S.C. § 3161(b).

4.    I hereby request a tolling of grand jury presentment pursuant to 18 U.S.C. § 3161(h) (7)(A) for an additional period not to exceed 75 days from the date of my arrest for a total of 105 days. By that I mean there be a 75-day period of excludable time for the purposes of

determining compliance with the speedy indictment provision of 18 U.S.C. § 3161(b). I further request that an Order be entered providing that this time period shall be tolled and excluded from the speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

5.  If I cannot reach an agreement with the United States Attorney's Office, I understand that my case will be presented to a grand jury at a later date, consistent with this waiver.

X _____
JESUS NOE ACOSTA-REYES
Defendant

I have reviewed the foregoing document in (English/Spanish) with my client and represent to the Court that he/she understands it. I further represent to the Court that I believe it is in my client's best interest to agree to the contents of this document.

_____
Andre Poissant
Attorney for Defendant

Date: 5/22/18